THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16688
Salt Lake City, UT 84116
Telephone: (801) 997-0442
Email: James.Ord@TheOrdFirm.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>Plaintiff,<br><br>v.<br><br>Sunrise Hospitality *d.b.a*<br>Holiday Inn Express & Suites of American Fork,<br><br>Defendant. | Case No.: 2:18-cv-00692-TS-EJF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Judge Ted Stewart<br>Referred to: Magistrate Judge Evelyn J. Furse |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Trevor Kelley and Defendant, Sunrise Hospitality, hereby stipulate that the above-entitled action be dismissed with prejudice, with each side to bear its own fees' and costs.

**RESPECTFULLY** submitted on this 19th day of February 2019.


*/s/ James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16688
Salt Lake City, UT 84116
Telephone: (801) 997-0442
Email: James.Ord@TheOrdFirm.com
*Attorney for Plaintiff*

*/s/ Hutch U. Fale* (with permission)
Hutch U. Fale
AVERY BURDSAL & FALE
1979 N 1120 W
PROVO, UT 84604
(801)788-4122
Email: huf@abflegal.comm
*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Hutch U. Fale
AVERY BURDSAL & FALE
1979 N 1120 W
PROVO, UT 84604
(801)788-4122
Email: huf@abflegal.com
*Attorney for Defendant*

*/s/ Lisa Deaver\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*